# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CALVARY CHAPEL LONE MOUNTAIN<br><br>Plaintiff-Appellant,<br>vs.<br><br>STEVE SISOLAK, et al.,<br><br>Defendants-Appellees. | District No.   2:20-cv-00907-RFB-VCF<br><br>U.S.C.A. No.   20-16274 |

## ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on  12-15-2020 , issued its judgment REVERSING and REMANDING the judgment of the District Court, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

IT IS FURTHER ORDERED that a Status Conference Hearing is set for December 28, 2020 at 11:00 AM in LV Courtroom 7C by videoconference. The instruction regarding videoconference appearance to be issued.

DATED this  18th  day of December, 2020 .

_____
RICHARD F. BOULWARE, II
United States District Judge