```
AARON D. FORD
  Attorney General
CRAIG A. NEWBY (Bar No. 8591)
  Deputy Solicitor General
State of Nevada
Office of the Attorney General
555 E. Washington Ave, Ste. 3900
Las Vegas, NV 89101
(702) 486-3420 (phone)
(702) 486-3773 (fax)
cnewby@ag.nv.gov
```

*Attorneys for State Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CALVARY CHAPEL LONE MOUNTAIN, a Nevada Non-profit Organization<br><br>        Plaintiff,<br><br>vs.<br><br>THE HONORABLE STEPHEN F. SISOLAK, in his official capacity as Governor of Nevada, et al.,<br><br>        Defendants. | Case No. 2:20-cv-0907-RFB-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING DEADLINES**<br><br>**(First Request)** |

Pursuant to Local Rule IA 6-1 and Local Rule C 7-1, Plaintiff Calvary Chapel Lone Mountain; Defendants Stephen F. Sisolak, Aaron D. Ford, and Justin Luna (collectively the "Parties") hereby stipulate to continue briefing deadlines on the issue of damages, extending Defendants' opposition deadline from **Monday, January 10, 2022** until **Tuesday, January 18, 2022**, and Plaintiff's reply deadline from **Monday, January 24, 2022** until **Tuesday, February 1, 2022**. This is the first request for an extension.

. . .

. . .

. . .

Page **1** of **2**

1  The parties request this extension to complete discussions on resolving some or all
2  remaining issues in this case, without prejudice to any party.

3  DATED this 10th day of January, 2022.     DATED this 10th day of January, 2022.

4  AARON D. FORD                              CHATTAH LAW GROUP
   Attorney General

By: /s/ *Craig A. Newby*                     By: /s/ *Sigal Chattah*
   Craig A. Newby (Bar No. 8591)                Sigal Chattah (Bar No. 8264)
   Deputy Solicitor General                     Chattah Law Group
   555 E. Washington Ave., Ste. 3900            5875 S. Rainbow Blvd., #204
   Las Vegas, NV 89101                          Las Vegas, NV 89118

   *Attorneys for State Defendants*             *Attorneys for Plaintiff*

IT IS SO ORDERED.

DATED this  11th  day of January, 2022.

_____
RICHARD E. BOULWARE, II
United States District Court